UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Michael Jackson,<br><br>                Supervisee | No. 0208 1:18-CR-594-01 (JMF)<br><br><u>ORDER</u> |

Honorable Jesse M. Furman, U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of probation conference held on September 26, 2023, the Supervised Release Conditions are modified to include the following special condition:

You will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

SO ORDERED.

Dated:    September 28, 2023
             New York, New York

                                                      Honorable Jesse M. Furman
                                                      U.S. District Judge