

October 3, 2023

**BY ECF**

Application GRANTED. The Clerk of Court is directed to terminate Doc. #31. SO ORDERED.

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

October 4, 2023

RE:   *United States v. Michael Jackson*
       18 Cr. 594 (JMF)

Dear Judge Furman:

    I represent the defendant Michael Jackson, in the above referenced matter. On September 21, 2023, Mr. Jackson was presented before Magistrate Judge Jennifer E. Willis after his arrest on a violation of supervised release. Judge Willis set certain conditions for his release which included the following: a $25,000.00 personal recognizance bond to be signed by Mr. Jackson and one financially responsible person, location monitoring and he was to have no contact with his brother Xavier Jackson. These conditions were to be met on or before October 5, 2023. I am writing to respectfully request a two-week extension to allow Mr. Jackson to identify a financially responsible person. This is the first request for an extension of time and all of the other conditions have been met. I have conferred with AUSA Andrew Chan and the Government consents to this request.

                                        Respectfully submitted,

                                                /s/

                                        Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York
      Southern District of New York Pretrial Services