

```
                                    225 BROADWAY
                                       SUITE 715
                                 NEW YORK, NY 10007
                                   T: 212 323 6922
                                   F: 212 323 6923
```

November 3, 2023

**BY ECF and E-MAIL**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   *United States v. Michael Jackson*
      18 Cr. 594 (JMF)

Dear Judge Furman:

  I represent the defendant Michael Jackson, in the above referenced matter, a violation of supervised release based upon Mr. Jackson's arrest on state criminal charges. The Court has scheduled a violation hearing/ status conference on November 16, 2023. I have spoken with Mr. Jackson's state attorney and the state criminal charges will not be heard before November 29, 2023. The defense writes to respectfully submit this first request to the Court to adjourn the violation hearing/ status conference until mid-December 2023. In the event that the state matter is not resolved by the next Court date, the defense would also respectfully request that the Court permit the parties to file an additional status letter in lieu of an appearance. I have conferred with the government and there is no opposition to these requests.

                   Respectfully submitted,

                          /s/

                   Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York

---

*Judge's handwritten order:*

Application GRANTED. The conference is hereby ADJOURNED to December 12, 2023, at 2:30 p.m. he Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

November 14, 2023